# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Michael J. Coffey,

    Plaintiff

v.

U.S. Federal Government, et al.,

    Defendants

Case No.: 2:23-cv-01739-JAD-NJK

**Order Adopting Report & Recommendation and Dismissing Action**

[ECF No. 3]

On October 20, 2023, the magistrate judge recommended that plaintiff Michael J. Coffey's complaint be dismissed with prejudice because of "the delusional factual scenario and nonexistent legal interest at issue."[1]  Coffey had fourteen days to object to that recommendation but he neither filed objections nor moved to extend the deadline to do so.  "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[2]  Having reviewed the R&R, I find good cause to adopt it, and I do.

IT IS THEREFORE ORDERED that the magistrate judge's report and recommendation **[ECF No. 3] is ADOPTED** in its entirety.  This action is DISMISSED with prejudice, and **the Clerk of Court is directed to CLOSE THIS CASE**.

                                                U.S. District Judge Jennifer A. Dorsey
                                                               December 5, 2023

---

[1] ECF No. 3 at 2.

[2] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).